BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California 93721
Telephone: (559) 459-0655
Fax: (559) 459-0656
email: tajfalaw@yahoo.com

Attorney for Michael Ramos

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08CR00435-06 AWI |
| | ) | CORRECTED |
| | ) | STIPULATION TO CONTINUE |
| Plaintiff, | ) | AND ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL RAMOS , | ) | DATE: December 3, 2012  Time: 10 a.m. |
| Defendant. | ) | Hon:    Anthony W. Ishii |

Barbara Hope O'Neill the attorney of record for Michael Ramos and Karen A.

Escobar, Assistant United States Attorney, have agreed to continue this matter from

December 3, 2012 at 10 a.m. until January 28, 2013 at 10 a.m.

The continuance is requested as issues have arisen that require the parties to resolve

before Mr. Ramos should be sentenced.

Dated: November 26, 2012                          Respectfully submitted,

                                                       /s/ Barbara Hope O'Neill
                                                      Barbara Hope O'Neill
                                                   Attorney for Michael Ramos

Dated: November 26, 2012                    /s/  Karen A. Escobar
                                                     Karen A. Escobar
                                                  Assistant U.S. Attorney

ORDER

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing in this matter presently set for

December 3, 2012 at 10 a.m. be continued until January 28, 2013, at 10 a.m., to be heard

before the Honorable  Anthony W. Ishii.


IT IS SO ORDERED.

Dated: ___November 27, 2012___     _____

UNITED STATES DISTRICT JUDGE