Gary Huss (SBN 057370)
**LAW OFFICES OF GARY HUSS**
3649 W. Beechwood Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 441-7073
Facsimile: (559) 261-4916
E-mail: gary@huss4law.com

Attorneys for Defendant
ADRIAN NEGRETE-HERNANDEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:08-cr-00435 AWI-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| v. | |
| ADRIAN NEGRETE-HERNANDEZ, | Date: January 28, 2013 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Chief Judge Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between parties through their respective counsel, Karen Ann Escobar for the United States District Attorney, and Gary Huss, counsel for Defendant, ADRIAN NEGRETE-HERNANDEZ, that the Sentencing Hearing currently set for January 28, 2013 at 10:00 a.m. may be continued and rescheduled to **March 4, 2013** at **10:00 a.m.**.

This continuance is requested by counsel for defendant due to unexpected family issues that need to be resolved prior to this hearing and his self-surrender.

Dated: January 17, 2013.                                    Respectfully Submitted,


                                                                           /s/ Gary Huss
                                                                           Gary Huss, Attorney for Defendant
                                                                           ADRIAN NEGRETE-HERNANDEZ

1 | Dated: January 18, 2013.  /s/ Karen A. Escobar
2 | Karen A. Escobar,
  | United States Attorney for Plaintiff
3 |
4 |
  | **ORDER**
5 |
  | IT IS SO ORDERED.
6 |
7 | Dated:   January 22, 2013
  | _____
8 | SENIOR  DISTRICT  JUDGE