
1  Gary Huss (SBN 057370)
   **LAW OFFICES OF GARY HUSS**
2  3649 W. Beechwood Avenue, Suite 102
   Fresno, California 93711
3  Telephone: (559) 441-7073
   Facsimile: (559) 261-4916
4  E-mail: gary@huss4law.com

5  Attorneys for Defendant
   ADRIAN NEGRETE-HERNANDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:08 CR 00435 AWI/DLB |
| Plaintiff, | |
| v. | **ORDER RELEASING COLLATERAL** |
| ADRIAN NEGRETE-HERNANDEZ, et al. | |
| Defendants. | |

The Defendant, ADRIAN NEGRETE-HERNANDEZ, having surrendered to the Board of Prisons to begin serving his sentence herein, and Certificates of Title (pink slips) No. 57303051407, for a 1995 International Truck from Gerardo M. Negrete and No. 57308052903, for a 1996 Freightliner Truck from Gerardo Negrete both entered on March 24, 2009, and a Deed No. 2009-0016908 having been posted as security for his supervised release,

IT IS HEREBY ORDERED that the above two pink slips and deed belonging to Gerardo Negrete are hereby released to be returned to Gerardo Negrete, and the property bond posted herein for the defendant is hereby exonerated.

IT IS SO ORDERED.

Dated: May 29, 2013          _____
                              SENIOR DISTRICT JUDGE